

| | |
|---|---|
| 1 | FARHAN R. NAQVI |
| | Nevada Bar No. 8589 |
| 2 | SARAH M. BANDA |
| | Nevada Bar No. 11909 |
| 3 | NAQVI INJURY LAW |
| 4 | 9500 W Flamingo Road, Suite 104 |
| | Las Vegas, Nevada 89147 |
| 5 | Telephone: (702) 553-1000 |
| | Facsimile: (702) 553-1002 |
| 6 | naqvi@naqvilaw.com |
| 7 | sarah@naqvilaw.com |
| | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, individually, | Case No.: 2:17-cv-02667-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE AND TO SUBMIT JOINT STATUS REPORT** |
| vs. | |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE; DOES I through X and ROE CORPORATIONS I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, SLOBODANKA DJORDJEVIC-MIKIC, by and through her counsel of record, NAQVI INJURY LAW, and Defendant PRIVILEGE UNDERWRITES RECIPROCAL EXCHANGE a/k/a PURE, by and through its counsel of record, TYSON & MENDES LLP, hereby stipulate and agree to continue the Rule 26(f) conference and due date for the joint status report. The Court's Minute Order in Chambers [Dkt. No. 2] (the "Order") compels the parties in this matter to conduct the Rule 26(f) conference and to submit a joint status report within 30 days of the filing of the Order. As a result, the deadline for the parties to submit a joint status report is November 15, 2017.

Plaintiff is currently in the process of obtaining information to produce to Defendant in an effort to resolve this matter before further litigation is warranted. In order to avoid unnecessary expense, the parties wish to extend the deadline for conducting the Rule 26(f) conference and submitting a joint status report from November 15, 2017 to and including January 14, 2018 (60 days after the current deadline). This is the first request for an extension of this deadline.

Dated this _6th_ day of November, 2017.    Dated this _6th_ day of November, 2017.

NAQVI INJURY LAW    TYSON & MENDES LLP

_/s/ Sarah Banda_____    _/s/ Thomas McGrath_____
FARHAN R. NAQVI    THOMAS E. MCGRATH
Nevada Bar No. 8589    Nevada Bar No. 7086
SARAH M. BANDA    CHRISTOPHER A. LUND
Nevada Bar No. 11909    Nevada Bar No. 12435
9500 W Flamingo Road, Suite 104    8275 S. Eastern Avenue, Suite 115
Las Vegas, Nevada 89147    Las Vegas, Nevada 89123
*Attorneys for Plaintiff*    *Attorneys for Defendant*

**ORDER**

DATED: November 8, 2017

_____
United States Magistrate Judge

Respectfully Submitted By:

NAQVI INJURY LAW

_____
FARHAN R. NAQVI
Nevada Bar No. 8589
SARAH M. BANDA
Nevada Bar No. 11909
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*