

| | |
|---|---|
| 1 | FARHAN R. NAQVI |
| 2 | Nevada Bar No. 8589 |
|   | SARAH M. BANDA |
| 3 | Nevada Bar No. 11909 |
|   | NAQVI INJURY LAW |
| 4 | 9500 W Flamingo Road, Suite 104 |
|   | Las Vegas, Nevada 89147 |
| 5 | Telephone: (702) 553-1000 |
|   | Facsimile: (702) 553-1002 |
| 6 | naqvi@naqvilaw.com |
|   | sarah@naqvilaw.com |
| 7 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, individually, | Case No.: 2:17-cv-02667-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE AND TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE; DOES I through X and ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, SLOBODANKA DJORDJEVIC-MIKIC, by and through her counsel of record, NAQVI INJURY LAW, and Defendant PRIVILEGE UNDERWRITES RECIPROCAL EXCHANGE a/k/a PURE, by and through its counsel of record, TYSON & MENDES LLP, hereby stipulate and agree to continue the Rule 26(f) conference and due date for the discovery plan/scheduling order.

Good cause exists to grant the extension as the parties are currently working together to resolve this matter. As such, the parties wish to extend the deadline for conducting the Rule 26(f) conference and submitting a discovery plan/scheduling order from December 11, 2017 to and

including February 9, 2018 (60 days after the current deadline). This is the second request for an extension of this deadline.

Dated this _8th_ day of December, 2017.                         Dated this _8th_ day of December, 2017.

NAQVI INJURY LAW                                                TYSON & MENDES LLP


_/s/ Sarah Banda_____        _/s/ Carrie Hanlon_____
FARHAN R. NAQVI                                                 THOMAS E. MCGRATH
Nevada Bar No. 8589                                             Nevada Bar No. 7086
SARAH M. BANDA                                                  CHRISTOPHER A. LUND
Nevada Bar No. 11909                                            Nevada Bar No. 12435
9500 W Flamingo Road, Suite 104                                 CARRIE M. HANLON
Las Vegas, Nevada 89147                                         Nevada bar No. 3902
*Attorneys for Plaintiff*                                       8275 S. Eastern Avenue, Suite 115
                                                                Las Vegas, Nevada 89123
                                                                *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED this _ December 12 _____, 2017.

_____
United States Magistrate Judge

Respectfully Submitted By:

NAQVI INJURY LAW


_/s/ Sarah Banda_____
FARHAN R. NAQVI
Nevada Bar No. 8589
SARAH M. BANDA
Nevada Bar No. 11909
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*