# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, | Case No. 2:17-cv-02667-JCM-CWH |
| Plaintiff, | |
| v. | |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, et al., | **ORDER** |
| Defendants. | |

Presently before the Court is the parties' stipulated discovery plan and proposed scheduling order (ECF No. 16), filed on January 24, 2018. The parties previous submitted a proposed scheduling order (ECF No. 14), which was rejected by the Court for failure to include the declarations required under Local Rule 26-1(b). Upon review, the parties' revised proposal does not include the declarations required under Local Rule 26-1(b).

IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and proposed scheduling order (ECF No. 16) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must file a revised discovery plan and proposed scheduling order in accordance with the Local Rules no later than February 8, 2018. The parties must also include a certification that they have read the text of Local Rule 26-1(b), effective as amended May 1, 2016.

DATED: January 25, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge