**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, individually, | Case No. 2:17-cv-02667-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, et al., | |
| Defendants. | |

Presently before the court is the parties' stipulation to extend discovery (ECF No. 24), filed on May 31, 2018. The parties request an extension on discovery and case-management deadlines since plaintiff is unable to return to the United States until August.

Pursuant to Local Rule 26-4, motions to extend a date set by the discovery plan and scheduling order must, "in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." LR 26-4. Motions or stipulations to extend deadlines must be made "no later than 21 days before the expiration of the subject deadline." *Id.* The good cause standard primarily considers the diligence of the party or parties seeking the extension. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Any requests for an extension "after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect." LR 26-4.

Here, plaintiff is unable to return to the United States to undergo the psychological exam until after the slated close of discovery. Therefore, the court finds that the parties demonstrated good cause to extend discovery deadlines that have not expired. The court finds that the parties have not demonstrated excusable neglect for failing to meet the deadline to amend the pleadings

and add parties, which expired on April 7, 2018. The court therefore will grant the stipulation in part and deny the stipulation in part as follows:

1.  Discovery cutoff                                      **February 1, 2019**

2.  Motions to amend pleadings and add parties            **Closed**

3.  Initial Expert Disclosures                            **December 3, 2018**

4.  Rebuttal Expert Disclosures                           **January 2, 2019**

5.  Interim status report                                 **December 3, 2018**

6.  Dispositive motions                                   **March 4, 2019**

7.  Joint pretrial order                                  **April 3, 2019**.

IT IS SO ORDERED.


DATED: June 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE