

FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 W. Flamingo Road, Ste. 104
Las Vegas, NV 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02667-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRODUCTION OF "BAD FAITH" EXPERT REPORTS** |

Plaintiff, SLOBODANKA DJORDJEVIC-MIKIC, by and through her counsel of record, NAQVI INJURY LAW, and Defendant PRIVILEGE UNDERWRITES RECIPROCAL EXCHANGE a/k/a PURE, by and through its counsel of record, TYSON & MENDES LLP, hereby stipulate and agree to disclose the expert reports of their respective insurance experts on December 14, 2018, 11 days after the current deadline of December 3, 2018.

Good cause exists to grant the extension as the deposition of Defendant's F.R.C.P. 30(b)(6) designee is currently scheduled to go forward on December 13, 2018, which conflicts with the existing expert witness deadline. As such, the parties wish to extend the deadline for disclosing

said reports from December 3, 2018 to and including December 14, 2018 (11 days after the current deadline). The reports generated by all other experts will be disclosed on the current deadline of December 3, 2018.

Dated this __ day of November, 2018.     Dated this __ day of November, 2018.

NAQVI INJURY LAW     TYSON & MENDES LLP

*/s/ Elizabeth Coleman*     */s/ Thomas McGrath*
FARHAN R. NAQVI     THOMAS E. MCGRATH
Nevada Bar No. 8589     Nevada Bar No. 7086
ELIZABETH E. COLEMAN     CARRIE M. HANLON
Nevada Bar No. 12350     Nevada bar No. 3902
9500 W Flamingo Road, Suite 104     8275 S. Eastern Avenue, Suite 115
Las Vegas, Nevada 89147     Las Vegas, Nevada 89123
*Attorneys for Plaintiff*     *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED this _____ day of _____, 2018.

_____
United States District Court Judge

Respectfully Submitted By:

NAQVI INJURY LAW

*/s/ Elizabeth Coleman*
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: Nov 30, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE