# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02667-JCM-CWH<br><br>**ORDER** |

　　　　Presently before the court is defendant Privilege Underwriters Reciprocal Exchange's motion to extend (ECF No. 33), filed on January 28, 2019. Defendant moves for a 45-day extension of discovery deadlines because of outstanding medical records that plaintiff has not yet produced. Defendant also requests that the court hear this motion in an expedited manner, as discovery is set to close on February 1, 2019. In light of upcoming discovery deadlines and defendant's representations regarding the outstanding medical records, the court will grant defendant's request for an expedited resolution of this motion. A hearing on this motion is set for February 25, 2019, at 9:00 a.m., in Las Vegas Courtroom 3C before Magistrate Judge Hoffman. Responses and replies to defendant's motion are due in the normal course.

　　　　IT IS SO ORDERED.

　　　　DATED: January 30, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE