UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, | Case No. 2:17-CV-2667 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE, | |
| Defendant(s). | |

Presently before the court is the matter of *Djordjevic-Mikic et al. v. Privilege Underwriters Reciprocal Exch.*, case number 2:17-cv-02667-JCM-DJA.

On August 30, 2017, plaintiff Slobodanka Djordjevic-Mikic initiated this lawsuit against defendant Privilege Underwriters Reciprocal Exchange a/k/a Pure ("Pure") in the Eighth Judicial District Court for Clark County, Nevada. (ECF No. 1). Pure removed this action to federal court on October 17, 2017. *Id.*

On April 10, 2019, Pure filed a motion for summary judgment. (ECF No. 42). The parties subsequently filed a stipulation to extend all pending deadlines based on their agreement to participate in mediation (ECF No. 47), which the court granted on June 4, 2019 (ECF No. 48). On December 17, 2019, the parties filed a status report indicating that they participated in a private mediation on December 11, 2019. (ECF No. 50). The parties state that while a resolution was not reached during the mediation, "the parties are currently considering the mediator's settlement proposal, which currently has an acceptance deadline of January 13, 2020." *Id.* To date, the court has not been apprised of the status of the settlement proposal.

**James C. Mahan**
**U.S. District Judge**

The court orders the parties to file a joint status report within seven (7) days of the date of this order indicating the status of the settlement proposal and any further settlement negotiations, and whether a settlement agreement has been reached. Failure to comply with this order will result in dismissal of this case.

Accordingly,

IT IS SO ORDERED.

DATED March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**