**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
RACHEL J. HOLZER
Nevada Bar No. 11604
Email: rholzer@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Privilege Underwriters Reciprocal Exchange a/k/a PURE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SLOBODANKA DJORDJEVIC-MIKIC, individually, <br><br> Plaintiff, <br><br> vs. <br><br> PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE; DOES I through and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-02667-JCM-CWh <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff SLOBODANKA DJORDJEVIC-MIKIC, by and through her counsel, Naqvi Injury Law, and Defendant PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE a/k/a PURE, by and through its counsel, the law firm of Tyson & Mendes LLP (hereafter collectively "the Parties"), and hereby stipulate and agree as follows:

1. The Parties have come to an agreement to resolve this matter, without an admission of liability;

2. That all of Plaintiff's claims against Defendant in this matter shall be dismissed with prejudice;

. . .

. . .

1

3. That each party shall bear its own attorneys' fees and costs incurred in this action except as otherwise agreed pursuant to the settlement agreement.

IT IS SO SIPULATED.

DATED this 6th day of March 2020.

NAQVI INJURY LAW

*/s/ Elizabeth E. Coats*
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*
*Slobodanka Djordjevic-Mikic*

DATED this 6th day of March 2020.

TYSON & MENDES LLP

*/s/ Rachel J. Holzer*
THOMAS E. MCGRATH
Nevada Bar No. 7086
RACHEL J. HOLZER
Nevada Bar No. 11604
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Privilege Underwriters*
*Reciprocal Exchange a/k/a PURE*

**IT IS SO ORDERED.**

DATED March 9, 2020.

UNITED STATES DISTRICT JUDGE

2